CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br>  v.<br><br>ISSI FAMILY, LLC, a California Limited Liability Company; GUADALAJARA TIRES, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 8:20-CV-00562-AB-JDE<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants ISSI Family, LLC, a California Limited Liability Company and Guadalajara Tires, Inc., a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: June 30, 2020         CENTER FOR DISABILITY ACCESS

                              By:  /s/Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorney for Plaintiff

1